UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL LINDSEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON JUCUTAN, et al.,<br><br>        Defendants. | Case No. 22-cv-05196-VC<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 17 |

    The defendants' motion to stay is granted. The case is stayed pending resolution of the plaintiff's criminal case. The parties are directed to file a status report every six months, and to notify the Court within 30 days of the resolution of the criminal charges.

    **IT IS SO ORDERED.**

Dated: January 25, 2023

_____
VINCE CHHABRIA
United States District Judge